**No. 10-10778. David Ellerby and Jermall Lilly, Petitioners v. United States.**

565 U.S. 849, 132 S. Ct. 170, 181 L. Ed. 2d 83, 2011 U.S. LEXIS 6430.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 408 Fed. Appx. 696.

**No. 10-10779. Larry Gene Tilcock, Petitioner v. Gregory Smith, Warden.**

565 U.S. 849, 132 S. Ct. 171, 181 L. Ed. 2d 83, 2011 U.S. LEXIS 6261.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10780. Oloyea D. Wallin, Petitioner v. F. Dycus, et al.**

565 U.S. 849, 132 S. Ct. 171, 181 L. Ed. 2d 83, 2011 U.S. LEXIS 6298.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 381 Fed. Appx. 819.

**No. 10-10781. John E. Winfield, Petitioner v. Don Roper, Superintendent, Potosi Correctional Center.**

565 U.S. 849, 132 S. Ct. 171, 181 L. Ed. 2d 83, 2011 U.S. LEXIS 6374.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

**No. 10-10783. Larry Wright, Petitioner v. United States.**

565 U.S. 849, 132 S. Ct. 171, 181 L. Ed. 2d 83, 2011 U.S. LEXIS 6076.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 634 F.3d 770.

**No. 10-10785. Billy Lynn Stevens, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 849, 132 S. Ct. 171, 181 L. Ed. 2d 83, 2011 U.S. LEXIS 6048.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10786. Richard Earl Shere, Jr., Petitioner v. Florida.**

565 U.S. 849, 132 S. Ct. 171, 181 L. Ed. 2d 83, 2011 U.S. LEXIS 6254.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 57 So. 3d 847.

**No. 10-10787. Jose Garcia Orellana, Petitioner v. United States.**

565 U.S. 849, 132 S. Ct. 172, 181 L. Ed. 2d 83, 2011 U.S. LEXIS 6433.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 426 Fed. Appx. 209.